IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPEAKING TRUTH TO POWER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES NATIONAL NUCLEAR SECURITY ADMINISTRATION | : | NO. 14-1421 |

<u>ORDER</u>

AND NOW, this 10th day of June, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that motion of plaintiff Speaking Truth to Power to amend the complaint (Doc. # 21) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
　　　　　　　　　　　　　　　　J.