IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPEAKING TRUTH TO POWER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES NATIONAL NUCLEAR SECURITY ADMINISTRATION | : | NO. 14-1421 |

<u>ORDER</u>

AND NOW, this 29th day of June, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that motion of defendant United States National Nuclear Security Administration for summary judgment in its favor and against plaintiff Speaking Truth to Power (Doc. # 23) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.